DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VLADIMIR EUGENE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1558

[February 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. 06-7295CF10A.

Vladimir Eugene, Okeechobee, pro se.

Ashley B. Moody, Attorney General, Tallahassee and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***